FILED
MAR 21 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WATKINS MANUFACTURING CORPORATION, a California corporation,<br><br>　　　　　　　　　　Defendant. | Case No.: 18cv555-GPC(KSC)<br><br>**ORDER RE JOINT MOTION TO CONTINUE FACT DISCOVERY AND OTHER DEADLINES BY 90 DAYS [Doc. No. 16];**<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

　　　Before the Court is the parties' Joint Motion to Continue the Fact Discovery and Other Deadlines by 90 Days. [Doc. No. 16.] In the Joint Motion, the parties request that the Court extend the deadline for completing fact discovery and all other dates and deadlines in the current Scheduling Order [Doc. No. 14] for a period of 90 days. The reason for the request is that the Court had not yet resolved a discovery dispute between the parties over plaintiff's document requests to defendant [Doc. No. 15], so the parties had not yet completed written discovery, depositions, and a land inspection. [Doc. No. 16, at p. 3.]

/ / /

1

Concurrently herewith, the Court is issuing an Order Re Joint Motion for Determination of Discovery Dispute. As a result, the parties' discovery dispute is no longer pending before the Court. Without more, it appears that a 90-day extension of all dates and deadlines in the Scheduling Order [Doc. No. 14] would unreasonably delay progression of the case. In other words, the parties have not established good cause for an extension of all dates and deadlines for 90 days. Accordingly,

1. Counsel shall appear telephonically on **April 5, 2019** at **9:30 a.m.** before Magistrate Judge Crawford for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference by calling Judge Crawford's chambers with all counsel on the line.

2. ***No later than April 2, 2019***, the parties shall lodge with Magistrate Judge Crawford a Joint Status Report re Discovery setting forth the discovery that has not yet been completed. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

IT IS SO ORDERED.

Dated: March 21, 2019

Hon. Karen S. Crawford
United States Magistrate Judge